```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16086
    JAIME J BUSTOS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9560

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/04/2007 and was confirmed 12/17/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG        .00            .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE        .00            .00             .00
INTERNAL REVENUE SERVICE PRIORITY         2803.90          56.08         1439.27
AT & T BANKRUPCTY        UNSEC W/INTER NOT FILED            .00             .00
CAPITAL ONE              UNSEC W/INTER   2504.17            .00             .00
CAPITAL ONE              UNSEC W/INTER    929.11            .00             .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER   1712.16            .00             .00
LVNV FUNDING LLC         UNSEC W/INTER    273.23            .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   2495.75            .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED            .00             .00
SWEDISH COVENANT HOSPITA UNSECURED     NOT FILED            .00             .00
CITIFINANCIAL INC        CURRENT MORTG        .00            .00             .00
CITIFINANCIAL INC        MORTGAGE ARRE   1275.68            .00         1275.68
INTERNAL REVENUE SERVICE UNSECURED      12468.27            .00             .00
ILLINOIS DEPT OF REV     PRIORITY        1579.58          31.59          810.82
ILLINOIS DEPT OF REV     UNSEC W/INTER    979.60            .00             .00
DEUTSCHE BANK            NOTICE ONLY   NOT FILED            .00             .00
BURNS & WINCEK LTD       DEBTOR ATTY     2,274.00                       2,274.00
TOM VAUGHN               TRUSTEE                                          402.56
DEBTOR REFUND            REFUND                                              .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  6,290.00

PRIORITY                                      2,250.09
    INTEREST                                     87.67
SECURED                                       1,275.68
UNSECURED                                          .00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16086 JAIME J BUSTOS
```

```
ADMINISTRATIVE                                           2,274.00
TRUSTEE COMPENSATION                                       402.56
DEBTOR REFUND                                                 .00
                                    ---------------    ---------------
TOTALS                                     6,290.00           6,290.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 06/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```